# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CT MAGNETICS, INC. d.b.a. CENTRAL TECHNOLOGIES, a California corporation, | Case No. SACV08-00263DOC (ANx) |
| | *The Honorable David O. Carter* |
| Plaintiff, | **ORDER FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIM** |
| v. | |
| ALL WORLD TECHNOLOGIES, INC., a California corporation; and JENNIFER HAGERMAN, an individual residing in Orange County, and DOES 1-10, inclusive, | [Complaint Filed: March 10, 2008] |
| Defendants. | |
| AND COUNTERCLAIM | |

1  Based upon the stipulation of the parties and good cause appearing
2  therefore, the Complaint and Counterclaim in the above-entitled action are
3  dismissed with prejudice.

5  IT IS SO ORDERED.

7  Dated: June 19, 2008       _____
8                              THE HONORABLE DAVID O. CARTER
9                              U.S. DISTRICT COURT JUDGE